No. 91–5954. JUAREZ-FIERRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5959. DASHNEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5960. BACHYNSKY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5961. WRIGHT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5964. MAKINDE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5969. MEDIOUS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5983. WHALEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–5986. PALMA-RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5988. COLSTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–5994. WILTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6004. THOMAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6008. ALESSI *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–6009. DIXON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6010. DUGGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6011. DAVIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6028. CHLUMSKY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.